# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CHRISTOPHER HARRISON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:13-cv-00011-CLS-TMP |
| **LIEUTENANT RICHARD CARTER,** | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 8, 2013, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on May 21, 2013.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DONE this 30th day of May, 2013.

　　　　　　　　　　　　　　　　　/s/ Lynwood Smith
　　　　　　　　　　　　　　　　　United States District Judge